Civil Action No.: 1:21-CV-01743-JPW

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) __Judge Gregory Snyder__
was received by me on (date) __10/13/2021__.

☐ I personally served the summons on the individual at (place) _____
_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
_____, a person of suitable age and discretion who resides there,
on (date) _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual) __Kim Amend__, who is
designated by law to accept service of process on behalf of (name of organization) __POC of Judge Snyder's chambers__ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify):

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

__10-13-21__
*Date*

*Server's Signature*

__EUGEN P. STILP__
*Printed name and title*

__1550 Fishing Creek Vally Rd Hbg Pa 17112__
*Server's Address*

Additional information regarding attempted service, etc: