# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SARAH MERCADO, | : | Civil No. 1:21-CV-01743 |
| Plaintiff, | : | |
| v. | : | |
| GREGORY M. SNYDER, Judge of CCP of York County, PA, in his official capacity, | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 1st day of November, 2021, following a telephone conference with counsel and the court on October 27, 2021, **IT IS ORDERED AS FOLLOWS**:

1. Defendant shall file their brief in opposition to the pending motion for preliminary injunction, Doc. 5, by no later than **November 3, 2021**.

2. Plaintiff shall file their reply brief to the motion for preliminary injunction, Doc. 5, by no later than **November 10, 2021**.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania