IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SARAH MERCADO | : | |
| | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 1:21-CV-01743-JPW |
| v. | : | |
| | : | |
| GREGORY M. SNYDER, Judge | : | |
| of the Court of Common Pleas of | : | |
| York County, Pennsylvania, | : | Hon. Jennifer P. Wilson |
| in his official capacity only | : | |
| | : | |
| *Defendant* | : | |

### Defendant's Motion to Dismiss the Complaint

Defendant the Honorable Gregory M. Snyder, through undersigned counsel, moves to dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) and (6) on the following grounds that will be set forth more fully in Defendant's Brief:

    1.    Defendant has judicial immunity from Plaintiff's claims.

    2.    Plaintiff's claims are barred by the *Heck v. Humphrey* doctrine.

    3.    Plaintiff's claims are barred by *Younger* abstention.

4. The Complaint fails to state a cognizable claim for declaratory and injunctive relief.

5. Other defenses that may be raised in Defendant's Brief.

**WHEREFORE**, Defendant respectfully requests that this Honorable Court dismiss Plaintiff's Complaint with prejudice.

<u>**s/Michael Daley**</u>
MICHAEL DALEY, ESQUIRE
Attorney I.D. PA 77212
Supreme Court of Pennsylvania
Administrative Office of PA Courts
1515 Market Street, Suite 1414
Philadelphia, PA 19102
legaldepartment@pacourts.us
(215) 560-6326, Fax: (215) 560-5486

*Attorney for Defendant*

## Certificate of Concurrence

Pursuant to Local Rule 7.1, the undersigned sought concurrence in this Motion. Plaintiff's counsel has not concurred.

                                      **s/Michael Daley**
                                      MICHAEL DALEY, ESQUIRE