# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Sarah Mercado, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | No. 1:21−cv−01743−JPW |
| | : | |
| Gregory M. Snyder, Judge of the | : | Hon. Jennifer P. Wilson |
| Court of Common Pleas of York | : | |
| County, Pennsylvania, in his official | : | |
| capacity only, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this __10th__ day of November, 2021, after consideration of Plaintiff's Motion for Extension of Time to File Reply Brief in Support of Emergency Motion for Preliminary Injunction and Expedited Hearing, said Motion is hereby **GRANTED**.  In accordance herewith, Plaintiff shall have until **Friday, November 12, 2021** to file a Reply Brief in support of her Emergency Motion for Preliminary Injunction and Expedited Hearing.

**BY THE COURT:**

__s/Jennifer P. Wilson_____
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania