**EXHIBIT A**



**SUMMERS NAGY LAW OFFICES**

READING - YORK - JOHNSTOWN

SUMMERSNAGY.COM

October 11, 2021

*Via Electronic Mail Only*
Aaron D. Martin, Esquire
Mette, Evans & Woodside
3401 North Front Street
Harrisburg, PA 17110

      **Re:**   *Victoria Schrader v. David W. Sunday, Jr. and Josh Shapiro,*
             **Docket No. 1:21-cv-01559**

             *Sarah Mercado v. David W. Sunday, Jr. and Josh Shapiro,*
             **Docket No. 1:21-cv-01631**

Dear Aaron:

    Please find enclosed a Protective Order regarding the prosecution of Mr. Tyree Bowie.  Kindly forward a copy of this Order to your clients - Ms. Victoria Schrader and Ms. Sarah Mercado - immediately.  I trust that you will explain the consequences of the Order (or any violations of the same) with them.

                                             Sincerely,

                                             Sean E. Summers

SES:rmq
Enclosure

35 SOUTH DUKE STREET                                                                                              717-812-8100
YORK, PA 17401                                                                                               717-812-8108 FAX

IN THE COURT OF COMMON PLEAS OF YORK COUNTY,
PENNSYLVANIA

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | CP-67-CR-7558-2018 |
| | : | |
| v. | : | Murder of the First |
| | : | and Third Degree |
| TYREE BOWIE | : | |

### ORDER

AND NOW, TO WIT, it is hereby ordered and directed that any individuals in possession of any discovery material and/or Confidential Child Protective Services records related to D.M. and the prosecution of the above-captioned matter are hereby precluded from disseminating or distributing those records unless permitted by further Order of Court. Distribution shall include physically providing, mailing, emailing, and/or posting on the internet. All records that have been posted on the internet shall be removed.

The Honorable Gregory M. Snyder