# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SARAH MERCADO | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 21-CV-01743 |
| v. | : | |
| | : | |
| GREGORY M. SNYDER, Judge | : | |
| of the Court of Common Pleas of | : | |
| York County, Pennsylvania, | : | Hon. Jennifer P. Wilson |
| in his official capacity only | : | |
| | : | |
| *Defendant* | : | |

FILED
HARRISBURG, PA
DEC 16 2021
PER _____ DEPUTY CLERK

## Defendant the Honorable Gregory M. Snyder's
## Motion to File Under Seal the Commonwealth's Motion for
## Protective Order Filed in the Underlying State Criminal Case

Defendant the Honorable Gregory M. Snyder moves for permission to file the Commonwealth's Motion for Protective Order, which was filed under seal in the underlying state criminal case, under seal on the following grounds:

1. Plaintiff's Complaint concerns a judicial order entered in York County Court of Common Pleas case *Commonwealth v. Tyree Bowie*, CP-67-CR-7558-2018 (York Co.).

2. The Order was entered in response to the Commonwealth's Motion for Protective Order, which was filed under seal in the state criminal case on October 5, 2021.

3. The underlying Motion and Exhibits contain sensitive and confidential information, including Children and Youth Services records.

4. Defendant references and relies in part on the Motion for Protective Order in his Motion to Dismiss Brief. (Doc. 18 at 2-3.)

5. Because the Commonwealth's Motion was filed under seal and contains confidential records, it should be filed under seal in this case.

6. The Appendices to the Commonwealth's Motion, which total almost 500 pages, include documents and filings from Plaintiff's criminal case, which include as well as the two related federal cases involving Plaintiff and Victoria Schrader pending before this Court.

7. The Appendices are not only voluminous, and available to Plaintiff, but they are not pertinent to the specific federalism and comity defenses raised in Defendant's Motion to Dismiss.

8. Hence, Defendant seeks to file the attached Exhibit A, the Commonwealth's Motion for a Protective Order *without* Appendices, to this Motion under seal.[1]

**WHEREFORE**, Defendant respectfully requests this Honorable Court to allow him to file the Commonwealth's Motion for Protective Order under seal in this Court.

Respectfully Submitted,

**s/Michael Daley**
MICHAEL DALEY, ESQUIRE
Attorney I.D. No. PA 77212
Supreme Court of Pennsylvania
Administrative Office of PA Courts
1515 Market Street, Suite 1414
Philadelphia, PA 19102
legaldepartment@pacourts.us
(215) 560-6326, Fax: (215) 560-5486

---

[1] If this Honorable Court requests the Appendices, or if they become relevant to the proceedings moving forward, Defendant will seek leave to file the Appendices under seal.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SARAH MERCADO | : |
| *Plaintiff* | : CIVIL ACTION |
| | : NO. 21-CV-01743 |
| v. | : |
| GREGORY M. SNYDER, Judge of the Court of Common Pleas of York County, Pennsylvania, in his official capacity only | : Hon. Jennifer P. Wilson |
| *Defendant* | : |

## Certificate of Service

The undersigned certifies that on *December 15, 2021*, he caused the foregoing *Motion* to be served by overnight delivery on:

Aaron Martin, Esquire
Stephen Edwards, Esquire
Mette, Evans & Woodside
3401 North Front Street
Harrisburg, PA 17110

s/Michael Daley
MICHAEL DALEY, ESQUIRE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SARAH MERCADO | : |
|     *Plaintiff* | :    CIVIL ACTION |
| | : |
| | :    NO. 21-CV-01743 |
| v. | : |
| | : |
| GREGORY M. SNYDER, Judge | : |
| of the Court of Common Pleas of | : |
| York County, Pennsylvania, | :    Hon. Jennifer P. Wilson |
| in his official capacity only | : |
| | : |
|     *Defendant* | : |

## CERTIFICATE OF CONCURRENCE

Pursuant to this Court's Policies and Procedures, the undersigned verifies that counsel for Plaintiff concurs with this Motion.

Respectfully submitted,

**s/Michael Daley**
MICHAEL DALEY, ESQUIRE
Attorney I.D. No. PA 77212
Supreme Court of Pennsylvania
Administrative Office of PA Courts
1515 Market Street, Suite 1414
Philadelphia, PA 19102
legaldepartment@pacourts.us
(215) 560-6326, Fax: (215) 560-5486