# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SARAH MERCADO | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| | : | NO. 21-CV-01743 |
| v. | : | |
| | : | |
| GREGORY M. SNYDER, Judge of the Court of Common Pleas of York County, Pennsylvania, in his official capacity only | : | Hon. Jennifer P. Wilson |
| | : | |
| *Defendant* | : | |

## ORDER

**AND NOW,** this 20th day of December 2021, upon consideration of Defendant's Motion to File Under Seal the Commonwealth's Motion for Protective Order Filed in the Underlying State Criminal Case, it is **ORDERED** that the Motion is **GRANTED**.

The Clerk is directed to file the Commonwealth's Motion for Protective Order under seal.

BY THE COURT:

s/ Jennifer P. Wilson
_____

J.