## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SARAH MERCADO, | : | Civil No. 1:21-CV-01743 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| GREGORY M. SNYDER, Judge of the | : | |
| Court of Common Pleas of York County, | : | |
| in his official capacity, | : | |
| | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 20th day of May, 2022, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT:**

1. The motion to dismiss the complaint, Doc. 10, is **GRANTED in part** and **DENIED in part** as follows:

   a. The motion to dismiss is **GRANTED** as to Mercado's claims for injunctive relief.

   b. The motion to dismiss is **DENIED** as to Mercado's claims for declaratory relief.

2. A telephonic status conference is scheduled for May 31, 2022, at 9:30 a.m. to discuss the schedule for this case. Plaintiff's counsel shall initiate the call to chambers at 717-221-3970 once all parties are on the line.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania