# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SARAH MERCADO, | : | Civil No. 1:21-CV-01743 |
| Plaintiff, | : | |
| v. | : | |
| GREGORY M. SNYDER, Judge of the Court of Common Pleas of York County, in his official capacity, | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 27th day of October 2023, for the reasons provided in the accompanying memorandum, **IT IS ORDERED** as follows:

1) This case is **DISMISSED**.

2) The Clerk of Court is directed to **CLOSE** this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania
